

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2003

# Obado v. State of NJ

Precedential or Non-Precedential: Non-Precedential

Docket 02-4080

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Obado v. State of NJ" (2003). *2003 Decisions.* Paper 552.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/552

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed May 16, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 02-4080

———————

DENNIS OBADO
*Appellant*

v.

STATE OF NEW JERSEY; ATTORNEY
GENERAL OF THE STATE OF NEW JERSEY

(D.N.J. Civ. No. 02-cv-2646)

———————

Present: BECKER,* *Chief Judge*, ALDISERT and WEIS,
*Circuit Judges.*

(Opinion Filed: May 9, 2003)

———————

**ORDER AMENDING OPINION**

———————

The slip opinion in the above case filed May 9, 2003, is
amended as follows:

1.  On page 4, second full paragraph, line 20, change "(___
    ed. ___)" to "(2d ed. Supp. 2003)".

2.  On page 5, first full paragraph, delete the following:
    "Those cases, however, involve situations where the
    petitioner sought relief from convictions in federal
    courts. Here, a state prisoner seeks relief from a state
    court conviction." In place of these deleted sentences,
    insert the following: "We agree with those cases."

———————————————————————————

* Judge Becker completed his term as Chief Judge on May 4, 2003.

2

By the Court,

/s/ Edward R. Becker
Circuit Judge

DATED: May 16, 2003

A True Copy:
        Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*